# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-010-00049-CV

### In re Design Werks, Inc. and Herk Wotkyns

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relators Design Werks, Inc. and Herk Wotkyns' petition for writ of mandamus is denied.

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Waldrop

Filed: March 5, 2010